UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| HAROLD LEE KENNEDY, | ) | NO. CV-08-3002-JPH |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO ALTER OR AMEND |
| | ) | JUDGMENT AND DENYING |
| Plaintiff, | ) | ORAL ARGUMENT |
| | ) | **(Ct. Rec. 25)** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On September 26, 2008, Plaintiff filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P 59(e) and requested oral argument on the motion. (Ct. Rec. 25). Defendant's counsel has not filed a response. After considering the court's earlier order granting defendant's motion for summary judgment (Ct. Rec. 23), Plaintiff's motion to alter or amend and the supporting memorandum, as well as the record, **IT IS ORDERED** that Plaintiff's motion to alter or amend the judgment (**Ct. Rec. 25**) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for oral argument on the motion is **DENIED** as moot.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 6th day of October, 2008.

        *s/James P. Hutton*

        JAMES P. HUTTON

    UNITED STATES MAGISTRATE JUDGE